# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | Case No.  6:25-po-00117-HBK |
|                      ) | |
|            Plaintiff,      ) | **DEFENDANT'S STATUS REPORT ON** |
| v.                             ) | **UNSUPERVISED PROBATION** |
|                      ) | |
| JESUS CASTILLO            ) | |
|            Defendant.     ) | |
|                      ) | |
|                      ) | |

PURSUANT to an order of this Court the Defendant hereby submits its status report on unsupervised probation:

      **Convicted of:**             36 C.F.R. § 2.34(a)(1)

      **Sentence Date:**           August 15, 2025

      **Review Hearing Date:**     June 2, 2026

      **Probation Expires On:**     August 15, 2026

## *CONDITIONS OF UNSUPERVISED PROBATION:*

☒      **Obey all federal, state and local laws**; and

☒      **Monetary Fines & Penalties in Total Amount of:** $100.00 which Total Amount is made up of a Fine: $ 90.00 Special Assessment: $     10.00 Processing Fee: $ Choose an item. Restitution: $

☐      Payment schedule of $      per month by the     of each month.

☒      **Community Service hours Imposed of:** 30 hours with an organization that supports victims of violent crimes. The community service hours shall be performed and completed during the term of probation.

☐      **Other Conditions:**

## *DEFENSE POSITION:*

☒      To date, Defendant has paid a total of $ 100.00 (ECF No. 16)
         ☐ If not paid in full when was last time payment:    Date: Click here to enter a date.
                                                  Amount: $

☐      To date, Defendant has performed Click here to enter text. hours of community service.

☐      Compliance with Other Conditions of Probation: Mr. Castillo is continuing to work with various organizations to confirm a schedule to complete his community service hours due within his term of unsupervised probation.

CAED (Fresno)- Misd. 6 (Rev. 11/2014)

***GOVERNMENT POSITION:***

☒    The Government agrees to the above-described compliance.

☐    Defendant has complied with and completed <u>all</u> conditions of probation described-above.

☐    Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

      If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☐    The Government disagrees with the following area(s) of compliance:

Government Attorney:  Briana Vollmer, Rule 180

***DEFENDANT'S REQUEST (OPTIONAL):***

In light of the information detailed in this status report, the defendant moves for the following:

☒    that the review hearing set for 6/2/2026 at 10 am

    ☐    be continued to Click here to enter a date. at 10:00 a.m.; or

    ☒    be continued to the July 7, 2026 calendar.  Mr. Castillo is currently pending a response from a specific organization supporting victims of violent crime, and he respectfully requests this review hearing be continued to allow him additional time to make significant progress on completing the 30 hours as ordered.  The government does not oppose.

DATED:  5/20/2026

                      */s/ Lisa Ndembu Lumeya*
                      DEFENDANT'S COUNSEL

**O R D E R**

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒    GRANTED.  The Court orders that the Review Hearing set for June 2, 2026 be continued to July 7, 2026 at 10:00 a.m.

☐    DENIED.

Dated:    May 20, 2026

                      HELENA M. BARCH-KUCHTA
                      UNITED STATES MAGISTRATE JUDGE

CAED (Fresno)- Misd. 6 (Rev. 11/2014)